UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAYLON BISHOP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BACA, et al.,<br><br>　　　　　Defendants. | Case No. 3:13-cv-00092-MMD-WGC<br><br>ORDER |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Plaintiff has submitted a complaint and seeks leave to proceed *in forma pauperis*. (Dkt. no. 1.) In addition to filing the proper affidavit of inability to pay filing fees, a prisoner seeking to proceed *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1), (2). Plaintiff in the instant action has failed to submit an *in forma pauperis* application that provides the necessary financial information and includes a financial certificate signed by an authorized prison or jail officer.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE to the filing of a new complaint in a new action, with a proper *in forma pauperis* application in compliance with 28 U.S.C. § 1915(a).

1    IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND plaintiff two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the same.

IT IS FURTHER ORDERED that plaintiff may file a new complaint and *in forma pauperis* application in a new action, but he may not file further documents in this action.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 11th day of March 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE